W. T. Robarts and wife, Alice Robarts, Appellants, v. Raburn H. Williams, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*F. Y. Smith,* for Appellants.

*Baxter, Clayton & Watson,* for Appellee.

W. B. Tilton, *et al.,* Plaintiffs in Error, v. State, *ex rel.* W. Meredith, *et al.,* Defendants in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*Evans Crary* and *F. L. Hemmings,* for Plaintiffs in Error.

*Hull, Landis & Whitehair,* for Defendants in Error.

E. G. Gustafson, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.* W. J. Noel, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*F. L. Hemmings,* for Plaintiffs in Error.

*Hull, Landis & Whitehair,* for Defendants in Error.

Albert B. Lucky (Alfred [Al] Luckey), Appellant, v. Post Office Garage Company and C. D. Leffler, Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Bart A. Riley,* for Appellant.

*W. H. Burwell,* for Appellees.